UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
UNITED STATES OF AMERICA,

       -against-

RAHEEN DAVIS,

       Defendant.
------------------------------------------x

05-cr-1157 (LAK)
(16-cv-4987 (LAK))

Copies mailed by chambers. AM
8/26/2020

## ORDER

Lewis A. Kaplan, *District Judge.*

      Defendant shall be produced with respect to his pending 2255 motion and, in light of the government's agreement that his conviction on Count Three should be vacated, possible resentencing is scheduled for September 23, 2020 at 2:00 pm in Courtroom **23B** of the Daniel Patrick Moynihan Courthouse. Any written submission on behalf of defendant shall be filed no later than September 9, 2020.

      SO ORDERED.

Dated:    August 26, 2020

                                            Lewis A. Kaplan
                                      United States District Judge