UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,

-against-

05-cr-1157 (LAK)

RAHEEN DAVIS,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

       Defendant is schedule for sentencing today. In view of his prior record of misbehavior, including among other things an armed assault on a prison guard, a fatal shooting, and a lengthy record of disciplinary infractions while in custody. the Bureau of Prisons and the United States Marshal Service are authorized to use reasonable force to produce the defendant in the designated courtroom at 2:00 p.m. in the event the defendant does not cooperate fully in producing him.

       SO ORDERED.

Dated:     September 23, 2020

                                           Lewis A. Kaplan
                                       United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 2 3 2020