UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
RAHEEN DAVIS,

                Movant,

   -against-                                         16-cv-4987 (LAK)
                                                         [05-cr-1157 (LAK)]

UNITED STATES OF AMERICA,

                Defendant(s).
------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        The prior proceedings in this case and the entry of the amended judgment dated December 15, 2020 fully dispose of the Section 2255 motion. The Clerk shall close the case.

        A certificate of appealability is denied, and the Court certifies that any appeal herefrom would not be taken in good faith within the meaning of 28 U.S.C. §1915(a)(3).

        SO ORDERED.

Dated:      December 16, 2020

                                                           Lewis A. Kaplan
                                                      United States District Judge