Case 1:05-cr-01157-LAK Document 312 Filed 01/26/22 Page 1 of 2

MEMO ENDORSED

RECEIVED
SDNY PRO SE OFFICE
2022 JAN 20 AM 10: 47

Statement of claim

Copy mailed to:
Raheen Davis (58146-054), USP ATLANTA U.S. PENITENTIARY, P.O. BOX 150160, ATLANTA, GA 30315.
AM

I, Raheen Davis [illegible] [illegible] [illegible] in the below [illegible].

[illegible] is being [illegible] [illegible] the constitution [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] They [illegible] my body and read my [illegible] [illegible] [illegible] them all out [illegible] [illegible] [illegible] [illegible] and me [illegible] [illegible] [illegible] [illegible] days [illegible]

This military satellite can [illegible] [illegible] my eyes [illegible] in the back of my [illegible] make [illegible] [illegible] [illegible] [illegible]

They [illegible] me to this [illegible] [illegible] constitutional [illegible] [illegible] [illegible] is because they [illegible] watching [illegible] write letters and my legal [illegible] [illegible] [illegible]

Case 1:05-cr-01157-LAK Document 321 Filed 01/26/22 Page 2 of 2

[illegible]
case by [illegible] attorney [illegible]
and I [illegible] be
[illegible]
[illegible] or
not. [illegible]
[illegible] 10 years
[illegible]
[illegible] arbitrary and [illegible]
[illegible] received [illegible]
[illegible] say [illegible]
[illegible]
I have a [illegible] come over
here [illegible] do murder
me by [illegible]
[illegible] and [illegible]

wherefore [illegible]
[illegible]
matter [illegible]
[illegible]
[illegible] I write this petition in
[illegible]
[illegible]
[illegible]

DENIED
SO ORDERED

LEWIS A. KAPLAN, USDJ
1/26/22