UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,

        -against-                                      05 cr. 1157 (LAK)

RAHEEN DAVIS,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        Defendant evidently claims that the warden of the institution in which he is or then was confined destroyed his legal property in 2011. He seeks an evidentiary hearing. Defendant also would like an evidentiary hearing "on Barack O'Bama [*sic*] torturing [him] in [his] cell since May 7, 2011."

        Any such claim by defendant against the warden or "Barack O'Bama" on these alleged bases must be made the subject of a new civil action brought in a proper district. There is no basis for this Court taking any action.

        The applications set forth in Dkt 318 are denied.

        SO ORDERED.

Dated:     May 18, 2022

                                                      Lewis A. Kaplan
                                                   United States District Judge