UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
RAHEEN DAVIS,

                Movant,

     -against-                                  21-cv-8281 (LAK)
                                              [05-cr-1157 (LAK)]

UNITED STATES OF AMERICA,

                Respondent.
------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        In view of the Court of Appeals order dated September 13, 2022, the government shall respond to the movant's latest Section 2255 motion no later than December 16, 2022. Movant shall file any reply in support of the motion no later than the 30th day following the filing of the government's response.

        The Clerk shall mail a copy of this order to the movant.

        SO ORDERED.

Dated:      September 28, 2022

                                                              /s/ Lewis A. Kaplan
                                                              Lewis A. Kaplan
                                                             United States District Judge