UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

      -against-                                         5-cr-1157 (LAK)

RAHEEN DAVIS,

                          Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        In three separate letter applications, Mr. Davis requests that the Court waive the fees for his docket sheets, sentencing transcripts, and other case materials on the basis of his *in forma pauperis* ("poor person") status. His first two letters (Dkt 329, Dkt 330) do not state the purpose for which he seeks these materials. His most recent letter dated May 13, 2023 indicates that he intends "to put a [d]efault [j]udgment motion in." Dkt 331. He requests also appointment of counsel and alleges that he is being attacked in his cell and that his property was confiscated by the Bureau of Prisons allegedly as an act of retaliation.

        Mr. Davis's request for a waiver of fees for the materials he requests and his request for appointment of counsel are denied. There is no basis for him to move for default judgment and there is no other matter pending before this Court for which such relief would be merited. With respect to his other points, any claim by Mr. Davis against the Bureau of Prisons or any challenge to his conditions of confinement must be made the subject of a new civil action brought in a proper district. There is no basis for this Court to take any action at this time.

        SO ORDERED.

Dated:     July 6, 2023

                                                      /s/ Lewis A. Kaplan
                                                        Lewis A. Kaplan
                                                     United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-6-2023