```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,

        -against-                                                                              05 cr. 1157 (LAK)

RAHEEN DAVIS,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        The Court is in receipt of yet another *pro se* filing from the defendant requesting relief from the undersigned (Dkt 349). For a brief synopsis of the defendant's conduct and prior proceedings, refer to the Court's recent order concerning his other *pro se* filings. *See* Dkt 343.

        The defendant's letter — styled a "writ of habeas corpus" — is addressed to the United States and to Presidents Bush, "O Bama," Biden, and the "US Supreme Court A.K.A Devil (Federal Reserves)." Defendant claims that he is "Allah, the new world order, and world leader," and asserts that "I can't be Judged unless I consentually agree to it." He moves for "this court to investigate" and to provide him with a "legal team and military" so that he can "prosecute the unbelievers."

        Construing the defendant's communication liberally in light of his *pro se* status, the Court treats it as a new Section 2255 motion and as a request for appointment of counsel. The defendant's motion is frivolous and presents no grounds on which relief may be granted. Accordingly, the Court hereby DENIES the motion (Dkt 349) as untimely and on the merits. The Court certifies under 28 U.S.C. § 1915 that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purposes of an appeal.[1]

        The Clerk is requested to send a copy of this order to the defendant.

        SO ORDERED.

Dated:      November 20, 2024

                                                                         /s/ Lewis A. Kaplan
                                                                          Lewis A. Kaplan
                                                                United States District Judge

---

[1] *Cf. Coppedge v. United States,* 369 U.S. 438, 444-45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).